[No. 41328-1-II.   Division Two.   July 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMETRIUS LINDSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-04424-6, Edmund Murphy, J., entered October 15, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 28858-7-III.   Division Three.   July 12, 2011.]

*In the Matter of the Marriage of* JANICE GAI GREEN, *Respondent*, and HAROLD JOSEPH GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-3-00882-5, Linda G. Tompkins, J., entered February 1, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 28951-6-III.   Division Three.   July 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WALLACE VAN HUDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 09-1-00225-5, John W. Lohrmann, J., entered April 5, 2010. *Reversed* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 28970-2-III.   Division Three.   July 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY HAMILTON TRUSLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 09-1-00455-6, Craig J. Matheson, J., entered April 16, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Brown, J.